THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* OSBORN
FORTSON, Defendant-Appellant.

(No. 57122; ■■■■■■■■■■

First District—November 13, 1972.

■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■

Opinion by Mr. JUSTICE BURKE.

■■■■■■■■■■■■■■■■■■■■■■■■■

William J. Nellis, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, for the People.

■■■■■■■■

HENRY J. MACIE *et al.*, Plaintiffs-Appellants, *v.* CLARK EQUIPMENT
COMPANY *et al.*, Defendants-Appellees.

(No. 56002; ■■■■■■■■■■

First District—November 14, 1972.

■■■■■■■■■■■■■■■■■■■■■■■■■